# Exhibit 5

LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ALIBABA.COM, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-05672-JCS<br><br>**DECLARATION OF CHRISTOPHER S. RANDOLPH, JR.**<br><br>**Judge:**　Hon. Joseph C. Spero<br>**Trial Date:** Not yet assigned |

1

DECLARATION OF CHRISTOPHER S. RANDOLPH, JR. - CASE NO. 3:17-cv-05672-JCS

I, Christopher S. Randolph, Jr., declare and state as follows:

1.  I am a member of the Alabama bar. I am one of the attorneys representing Plaintiff Michel Keck in the above-styled civil action, and this Court has granted my *pro hac vice* application.

2.  Attached as Exhibit 6 is a true and correct copy, obtained from Pacer, of the order entered in *Gucci Am., Inc., et al. v. Alibaba Group Holding, Ltd., et al.*, 2015 Civ. 03784 (PKC) at 9-10 (S.D.N.Y. July 23, 2015) allowing service under Rule 4(f)(3).

3.  Attached as Exhibit 7 is a true and correct copy of a page printed on November 7, 2017, from the U.S. State Department's website which was available at https://travel.state.gov/content/travel/en/legal-considerations/judicial/country/china.html

4.  Attached as Exhibit 8 is a true and correct copy of a table printed on November 7, 2017, from the Hague Convention on Private International Law's website titled "Table Reflecting Applicability of Articles 8(2), 10(a)(b), and (c), 15(2), and 16(3) of the Hague Service Convention" which was accessed on November 7, 2017 at https://assets.hcch.net/docs/6365f76b-22b3-4bac-82ea-395bf75b2254.pdf

5.  Attached as Exhibit 9 is a true and correct copy, obtained from Pacer, of the order entered in *Gucci Am., Inc., et al. v. Wang Huoqing*, No. 3:09-cv-05969-JCS (N.D. Cal. March 11, 2010).

6.  My firm retained ABC Legal Services in Seattle, Washington, to translate the following documents into Chinese: Complaint (D.E. 1); Complaint Exhibit 1 (D.E. 1-1), Complaint Exhibit 2.1—2.13 (D.E. 1-2—1-14); Complaint Exhibit 3 (D.E. 1-15); Civil Cover Sheet (D.E. 1-16); Attachment to Civil Cover Sheet (D.E. 1-17); Notice of Assignment to Magistrate Judge Joseph C. Spero (D.E. 2); Order Setting Initial Case Management Conference and ADR Deadlines (D.E. 11); United States District Court Northern District of California - ECF Registration Information; Civil Standing Orders for Magistrate Judge Joseph C. Spero; Court's exhibit tag exemplar; Notice of Assignment of Case to a United States Magistrate Judge for Trial with consent/declination form; Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement; and United States District Court,

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

DECLARATION OF CHRISTOPHER S. RANDOLPH, JR. - CASE NO. 3:17-cv-05672-JCS

1  Northern District of California Filing Procedures (San Francisco).  We have received the Chinese
2  translations of all of these documents.
3       I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5       Executed this  17  day of November 2017 in Birmingham, Alabama.

                                                        _____
                                                        Christopher S. Randolph, Jr.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
DECLARATION OF CHRISTOPHER S. RANDOLPH, JR. - CASE NO. 3:17-cv-05672-JCS