LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

Jason Earley (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
226 Cottondale Lane, Suite 210
Little Rock, AR 72202

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM, INC., et al.,<br><br>Defendants. | Case No. 5:17-cv-05672-BLF<br><br>**PROOF OF SERVICE ON DEFENDANT HOMELIVINGWALLART STORE**<br><br>**Trial Date:** Not yet assigned |

1. I certify and declare that I am over the age of 18 years, employed in Jefferson County, Alabama, and not a party to the above-entitled cause.

2. I am an investigator employed by plaintiff's counsel in the above-styled civil action.

3. On January 2, 2018, at 11:04 A.M., Central Standard Time, I transmitted a message to Defendant HomeLivingWallArt Store through the AliExpress messaging system accessible from Defendant HomeLivingWallArt Store's virtual storefront at https://www.aliexpress.com/store/ 2542006. That store operating at store number 2542006, now uses the name HD Wall Art Drop shipping Store on its virtual storefront. I received confirmation that the message was transmitted. A true and accurate image of the confirmation message is attached hereto as Exhibit 1. A true and accurate image of my communications with this defendant is attached here to as Exhibit 2, redacting the address and password for the secure website referenced in paragraph 4 below.

4. The message to Defendant HomeLivingWallArt a/k/a HD Wall Art Drop shipping Store provided a unique link, along with a password, to a folder on the Hare Wynn cloud site (https://apps.hwnn.com/owncloud) where PDF versions of English and Chinese translations of the following documents can be accessed and downloaded: summons directed to HomeLivingWallArt a/k/a HD Wall Art Drop shipping Store (D.E. 101); civil cover sheet (D.E. 1-16); attachment to civil cover sheet (D.E. 1-17); complaint (D.E. 1); complaint exhibits 1, 2.1, 2.2, 2.3, 2.4, 2.5, 2.6, 2.7, 2.8, 2.9, 2.10, 2.11, 2.12, 2.13, and 3 (D.E. 1-1—D.E. 1-15); clerk's notice resetting case management conference following reassignment (D.E. 56); standing order re civil cases, District Judge Beth Labson Freeman; standing order regarding case management in civil cases; order setting initial case management conference and ADR deadlines (D.E. 11); standing order for all judges of the Northern District of California – contents of joint case management statement; ECF

registration information handout; consent or declination to magistrate judge jurisdiction form. This Court's Order Granting Plaintiff's Application to Serve Certain Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3) (D.E. 74) was also available to view and download at the link.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1-8-18 in Birmingham, Jefferson County, Alabama.

STEPHEN L. MOON

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

PROOF OF SERVICE ON DEFENDANT HOMELIVINGWALLART STORE - CASE NO. 5:17-cv-05672-BLF

# Exhibit 1



s://message.aliexpress.com/info.htm?pageType=2&receiverName=Ji***ng&membe | Alibaba Manufacturer Director... | Alibaba Manufacturer Direc...

Buyer Protection | Help | Mobile | Ship to / USD | Language

AliExpress

Cart 0 | Wishlist | Hi, Document

**Your message was sent to Ji***ng**

The seller's reply will go to your registered email address. You can also access the same message in the Message Center by logging in to My AliExpress.

Back to the previous page | Go to message center

11:04 AM 1/2/2018

# Exhibit 2

# AliExpress

| My AliExpress | My Orders | Message Center | Wish List | My Favorite Stores | Account Settings |

I'm shopping for...  🔍  🛒 Cart 0   ♡ Wishlist   👤 Hi, Docum...

**Message Center**
- Conversations
- Spam

**Service Notification**
- Notifications

**Setting**
- Contact Blacklist

< Back **View Details**

Send to: Jiang qiongying  📷 HD Wall Art Drop shipping Store  |  Add to Blacklist

Enter your message here

Message History

Messages Translation: ⦿ Disable ○ English

Delete Conversation

You have been named as a defendant in a civil action filed in the United States District Court for the Northern District of California and are hereby being served with the summons, complaint, and additional documents, consistent with the Court's December 20, 2017 Order Granting Plaintiff's Application to Serve Certain Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3). English and Chinese versions of the complaint, summons and additional documents are available at the following link: ███  The password i███

Sincerely, Stephen L. Moon, on behalf of Christopher S. Randolph, Jr., one of the attorneys representing plaintiff Michel Keck

Me
18/01/02 09:04



**AliExpress Mobile App**
Search Anywhere, Anytime!