LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice* )
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

Jason Earley (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
226 Cottondale Lane, Suite 210
Little Rock, AR 72202

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALIBABA.COM, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 5:17-cv-05672-BLF<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**<br><br><br>Judge:　　Hon. Beth Labson Freeman<br>Trial date:　Not yet assigned |

APPLICATION FOR ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a) - CASE NO. 5:17-cv-05672-BLF

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Michel Keck hereby requests that this Court make Entry of Default against the following defendants who have failed to timely answer or otherwise defend themselves from Plaintiff's Complaint:

Yiwu Kingsing Art & Crafts Co., Ltd.

Nan'an Yihui Painting & Arts Fty Co., Ltd.

Wenddy's store

YW-MX-Store

HomeLivingWallArt Store

Ha's World Painting

YD Oil Painting a/k/a Yuan Dian Handpainted Painting Store

Folash painting art Store

DPARTISAN Store

Mei Mei

Xia Men Beautiful Art Oil Painting

Xia Men MYT Oil Painting

Dafen Oushi Oil Painting

Gen Di Micro spray art

Ou Li Da Oil Painting Art

YW-meixiang Store

Tonny's Store store

Plaintiff's claims against the defendants in this action arise under federal law and this Court has jurisdiction under 28 U.S.C. § 1331.  As detailed in the attached Certification in Support of Entry of Default by Clerk Under FRCP 55(a), the defendants listed above were served with the summons and complaint on January 2, 2018.  More than twenty-one days have elapsed since service of the summons and complaint on those defendants, and the deadline for responding to the complaint was not extended. None of the defendants listed above have responded.

///

1 | Dated February 5, 2018      By: */s/ Doris Cheng*
Doris Cheng
WALKUP, MELODIA, KELLY & SCHOENBERGER
Attorneys for Plaintiff
MICHEL KECK

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
REQUEST FOR ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a) - CASE NO. 5:17-cv-05672-BLF