LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

Jason Earley (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
226 Cottondale Lane, Suite 210
Little Rock, AR 72202

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIBABA.COM, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:17-cv-05672-BLF<br><br>**CERTIFICATION IN SUPPORT OF ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**<br><br>Judge:　　Hon. Beth Labson Freeman<br>Trial date:　Not yet assigned |

I, Christopher S. Randolph, Jr., hereby certify as follows:

1. I am a member of the Alabama bar and an associate at Hare, Wynn, Newell & Newton, LLP. I am one of the lawyers representing Plaintiff Michel Keck in the above-styled civil action ("Action"). This Court has granted my application to appear *pro hac vice* in this Action.

2. This Action was commenced on October 2, 2017, when Plaintiff filed her Complaint in this Court.

3. In the Complaint, Plaintiff asserted claims against, among other defendants, the following businesses: Yiwu Kingsing Art & Crafts Co., Ltd.; Nan'an Yihui Painting & Arts Fty Co., Ltd.; Wenddy's store; YW-MX-Store; HomeLivingWallArt Store; Ha's World Painting; YD Oil Painting a/k/a Yuan Dian Handpainted Painting Store; Folash painting art Store; DPARTISAN Store; Mei Mei; Xia Men Beautiful Art Oil Painting; Xia Men MYT Oil Painting; Dafen Oushi Oil Painting; Gen Di Micro spray art; Ou Li Da Oil Painting Art; YW-meixiang Store; and Tonny's Store store (collectively, "Defaulting Defendants").

4. On November 28, 2017, Plaintiff filed her Application to Serve Certain Foreign Defendants by Electronic Means Pursuant to FRCP 4(f)(3) (ECF 39) ("Application"). In that Application, Plaintiff requested this Court's permission under Federal Rule of Civil Procedure 4(f)(3) to serve the Defaulting Defendants through the Alibaba.com and AliExpress.com messaging system by sending those defendants through the Alibaba.com or AliExpress.com messaging system a link from which the summons, complaint, and other documents could be accessed and downloaded.

5. On December 20, 2017, this Court granted the Application (ECF 74).

6. On January 2, 2018, Plaintiff served all of the Defaulting Defendants through the Alibaba.com or AliExpress.com messaging system. Plaintiff filed proofs of service on all of those defendants with this Court. (ECF 127-128, 133-147)

7. More than twenty-one (21) days have elapsed since the Defaulting Defendants were served with the summons and Complaint.

8. Neither Plaintiff, nor the Court, has granted any of the Defaulting Defendants any

extension of time to respond to the Complaint.

9. None of the Defaulting Defendants have filed an answer or other response to the Complaint.

10. All of the Defaulting Defendants are businesses that market or have marketed merchandise over the internet. None of the Defaulting Defendants are believed by plaintiff's counsel to be infants, incompetent persons, or persons serving in the United States military.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2d day of February 2018 in Birmingham, Alabama.

_____
Christopher S. Randolph, Jr.

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

CERTIFICATION IN SUPPORT OF ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a) - CASE NO. 5:17-cv-05672-BLF