LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice* )
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

Jason Earley (*pro hac vice*)
HARE, WYNN, NEWELL & NEWTON, LLP
226 Cottondale Lane, Suite 210
Little Rock, AR 72202

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM, INC., et al.,<br><br>Defendants. | Case No. 5:17-cv-05672-BLF<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:      Hon. Beth Labson Freeman<br>Trial date: Not yet assigned |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in Birmingham, Jefferson County, Alabama. My business address is 2025 Third Avenue North, 8th Floor, Birmingham, Alabama 35203.

On February 2, 2018, I caused to be served true copies of the following documents described as:

**REQUEST FOR ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**

**CERTIFICATION IN SUPPORT OF ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**

**[PROPOSED] ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**

to:

Yiwu Kingsing Art & Crafts Co., Ltd.

Nan'an Yihui Painting & Arts Fty Co., Ltd.

Wenddy's store

YW-MX-Store

HomeLivingWallArt Store a/k/a HD Wall Art Drop Shipping Store

Ha's World Painting

YD Oil Painting a/k/a Yuan Dian Handpainted Painting Store

Folash painting art Store

DPARTISAN Store

Mei Mei

Xia Men Beautiful Art Oil Painting

Xia Men MYT Oil Painting

Dafen Oushi Oil Painting

Gen Di Micro spray art

Ou Li Da Oil Painting Art

YW-meixiang Store

Tonny's Store store a/k/a Old Posters Store

**BY ELECTRONIC TRANSMISSION:** I caused a copy of the documents to be sent to the defendants listed above by sending those defendants a link through the Alibaba.com or AliExpress.com messaging system from which those documents could be accessed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2018, at Birmingham, Alabama.

_____
Andi Marquez

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
CERTIFICATE OF SERVICE - CASE NO. 5:17-cv-05672-BLF