| Member_ID | Store_Name | Store_ID | Company_Name (Chinese) | Address | Email | | Different shop name showed in Complaint |
|---|---|---|---|---|---|---|---|
| cn1501312125 | FineArt Store | 829856 | 义乌市匠心电子商务有限公司 | Redacted | | Redacted | |
| cn1500141045 | RACHAEL ZHU'S STORE | 1248701 | 深圳市橘橙贸易有限公司 | Redacted | | Redacted | |
| cn1511815651 | Dream World 1989 | 1441316 | 绍兴上虞稼威电子商务有限公司 | | -911 | Redacted | |
| cn1518148435ljbn | Modern House Decoration Painting | 2180111 | 义乌市协丰电子商务有限公司 | | -911 | Redacted | |
| cn1520167004seha | D-I-Y painting Factory Store | 2850041 | 义乌市金曦工艺品有限公司 | | | Redacted | |
| cn1515292613lbzi | Shop1935157 Store | 1935157 | 深圳市龙岗区布吉沙湾欧式美油画 | Redacted | | Redacted | Moon Oil Painting Art Co., Ltd. |
| cn1517064223hvub | Idea Art & Paintings Factory | 1981627 | 义乌市喆敏工艺品有限公司 | | -911 | Redacted | |
| cn1519036631laoc | YW-meixiang Store | 2406067 | 义乌市美翔工艺品有限公司 | | -911 | Redacted | |
| cn1515388201hluw | Shenzhen No.1 Technology Co.,Ltd | 1897218 | 深圳市易茂五洲科技有限公司 | | -911 | Redacted | |
| cn1516679760grvl | Mai painting flagship store | 1965768 | 镇平县蕊油画工艺品有限公司 | | -911 | Redacted | |
| cn1518565099kriw | Yiwu Art paingting Store | 2317008 | 莆田市城厢区新楷瑞贸易有限公司 | | -911 | Redacted | |
| cn1518558071srmd | Tonny's Store Store | 2346063 | 义乌市文洋电子商务有限公司 | Redacted | | Redacted | |
| cn1519342901wgpa | wholasele oil oaitning shop Store | 2400048 | 镇平县蕊瑞油画工艺品有限公司 | | -911 | Redacted | |
| cn1520162732fics | Folash painting art Store | 3018123 | 深圳市佛来喜饰品有限公司 | | -911 | Redacted | |
| cn1518189267iszn | ArtsStory of Accessories | 2180083 | 力宾（厦门）国际贸易有限公司 | | -911 | Redacted | |
| cn1518595925nkpr | handpainted oil painting | 2304043 | 镇平县蕊油画工艺品有限公司 | | -911 | Redacted | |
| cn1000828444 | OSM Oil Painting Store | 911016 | 深圳市黄家艺术有限公司 | Redacted | | Redacted | |
| cn1510495341 | Ha's World Painting | 1279506 | 厦门哈的世界油画有限公司 | | -911 | Redacted | |
| cn1500391635 | DPARTISAN Store | 1328031 | 义乌市匠心电子商务有限公司 | Redacted | | Redacted | |
| cnbihua | Shop1848321 Store | 1848321 | 湖北聚家贸易有限公司 | Redacted | | Redacted | Artryst Store |
| cn1512264614 | CNLX factory Co.,Ltd | 1851831 | 广州市心常悦纺织品有限公司 | | -911 | Redacted | |
| cn116171391 | Yuan Dian Handpainted Painting Store | 1950996 | 深圳市原点油画有限公司 | Redacted | | Redacted | YD Oil Painting a/k/a Yuan Dian Handpainted Painting Store, Yuan Dian Painting Art |
| kingstoneart | KINGSTONEART | 2189166 | 义乌市金石装饰材料有限公司 | Redacted | | Redacted | Art |
| u2art | Shenzhen Shangmei Painting Craft Co., Ltd. | 342136 | 深圳市尚美油画工艺有限公司 | Redacted | | Redacted | |
| cn1001577207 | Shop516646 Store | 516646 | 义乌市泓璺贸易有限公司 | Redacted | | Redacted | DD ART oil Painting Workshop |
| cn1501438888 | China Furniture Accessories Store | 632656 | 深圳加伊加乐电子商务有限公司 | Redacted | | Redacted | |
| btfart | Shop1960876 Store | 1960876 | 深圳市比特芬文化传播有限公司 | Redacted | | Redacted | Best Art paintings Store |
| cn1517046241sphp | Roy Fit Trading Co., Ltd. | 2021011 | 深圳市易茂五洲科技有限公司 | | -911 | Redacted | |
| cn1516914501wejl | CSB HO ME GAR D ON Store | 2342251 | 深圳市盛然秀电子商务有限公司 | Redacted | | Redacted | |
| cn1519430833djvt | HomeLivingWallArt Store | 2542006 | 深圳市别样红贸易有限公司 | | | Redacted | |
| cn1512752539 | Shop1872602 Store | 1872602 | 义乌市雄卓网络科技有限公司 | | -911 | Redacted | Shope1872602 f/k/a Candy Home Garden Store |
| cn1515834708bcqg | Yiwu Honour Decor | 2022017 | 邢台世韩贸易有限公司 | Redacted | | Redacted | |
| cn1518721049qfme | Modern Art Co.,Ltd. | 2300072 | 深圳市远泓贸易有限公司 | | | Redacted | |
| cn1518707687sbec | My House Painting Store | 2340002 | 莆田市城厢区泰如贸易有限公司 | | -911 | Redacted | My House Painting Store, f/k/a Love Painting Store Co., Ltd. |
| dcart | Shop517227 Store | 517227 | | -911 | Redacted | Redacted | Xiamen Dearchic Arts And Crafts Co., Ltd. |
| cn1511718381 | Mei Mei | 1433037 | 厦门哈的世界油画有限公司 | Redacted | | Redacted | |
| cn1001880506 | Shop328163 Store | 328163 | | -911 | Redacted | Redacted | Art Village 2016 |
| cn1510574397 | Dafen Oushi Oil Painting | 1093028 | 厦门美艺特进出口贸易有限公司 | | -911 | Redacted | |
| cn1519429845dptl | Maiyaca phone accessories Store | 2411078 | 厦门麦芽信息技术有限公司 | | -911 | Redacted | |
| cn1519489650silb | YW-MX- Store | 2839073 | 义乌市美翔工艺品有限公司 | | -911 | Redacted | |
| cn1501390583 | Shop131724 Store | 131724 | 武汉协丰电翼电子商务有限公司 | | -911 | Redacted | AtFipan Fashionable Art Décor Co. Store |
| cn1516390267qihc | artgow Official Store | 2133129 | 深圳市恒泰文化艺术有限公司 | | -911 | Redacted | |
| cn1519068229ybty | Shop2342274 Store | 2342274 | 镇平县蕊瑞油画工艺品有限公司 | | -911 | Redacted | Handpainted oil painting666 Store |
| cn1518688474simm | handpainted oil painting | 2349024 | 镇平县蕊瑞油画工艺品有限公司 | | -911 | Redacted | |
| cn1510176412 | Ou Li Da Oil Painting Art | 239010 | 义乌市鱼雅贸易有限公司 | Redacted | | Redacted | |
| cn1514741268gmdk | Da Fen Oil Painting Store | 1836225 | 深圳市黄家艺术有限公司 | Redacted | | Redacted | |
| cn1513446822 | Xia Men MYT Oil Painting | 1851045 | 厦门美艺特进出口贸易有限公司 | | -911 | Redacted | |
| cn1517086561itzu | Shop1981305 Store | 1981305 | 义乌市晨发工艺品厂 | Redacted | | Redacted | Yw-Art |
| cn1519118666qene | wenddy's Store | 2341350 | 义乌市文洋电子商务有限公司 | Redacted | | Redacted | |
| cn1520249614kkvl | Rachel Greens Store | 2927070 | 仙游县陈智荣手机配件销售部 | Redacted | | Redacted | |
| cn116050121 | Gen Di Micro spray art | 1255160 | 福建省德化县茗魁艺品有限公司 | | -911 | Redacted | |
| cn1511618503 | Xia Men Beautiful Art Oil Painting | 1396145 | 厦门美艺特进出口贸易有限公司 | | -911 | Redacted | |
| cn1517572344owwh | Shop2064035 Store | 2064035 | 义乌市宇动电子商务有限公司 | | -911 | Redacted | Tan Art |
| cn1516948464udys | Seventh Sense Store | 2401055 | 深圳市盛然秀电子商务有限公司 | | -911 | Redacted | |
| cn1500027804 | Bo Bo Art | 722284 | 深圳市别样红贸易有限公司 | | -911 | Redacted | |
| cn1510986705 | Shop1199764 Store | 1199764 | 义乌市泉韵工艺品有限公司 | Redacted | | Redacted | Happy Family – Paintings |
| cn1515045864iroh | China Arts Painting Ltd | 1850419 | 深圳市威辰商贸有限公司 | | -911 | Redacted | |
| cn1519004297pevq | Shop2341204 Store | 2341204 | 镇平县蕊瑞油画工艺品有限公司 | | -911 | Redacted | Hand painted oil painting666 Store |
| cn1003631600 | Shop908999 Store | 908999 | 深圳市威辰商贸有限公司 | Redacted | | Redacted | NanYan Art Painting, a/k/a NanYa Electronic Commerce Co., Ltd. |
| xmnoahart | TOPERFECTART | 938459 | 厦门挪亚工艺品有限公司 | Redacted | | Redacted | |
| cn1000469716 | [ oLo Art Gallery] Wholesale Retail Oil Paintings | 211045 | 深圳市别样红贸易有限公司 | | -911 | Redacted | |
| cn1510713379 | MOONCRESIN Factory Store | 1129060 | 合肥市宏宇电子商务有限公司 | Redacted | | Redacted | |
| cn1513337380 | Shop1752010 Store | 1752010 | 义乌市晨发工艺品厂 | | -911 | Redacted | CHENFART |
| cn1513225442 | Shop1710687 Store | 1710687 | | -911 | | Redacted | Home-Décor Market |

EXHIBIT
2-A

| | | | | | | |
|---|---|---|---|---|---|---|
| cn1515570527mmys | Shop1921105 Store | 1921105 | -911 | | -911 **Redacted** | DIY-Market-Xuan |
| cn1501332437 | Shop1210804 Store | 1210804 福建易趣电子商务有限公司 | **Redacted** t | | **Redacted** | Houseware Depot |

| Member_ID | Company Name (in English) | Company Name (in Chinese) | Physical Address | Email Address |
|---|---|---|---|---|
| bcarts | Shenzhen Xinsichuang Arts & Crafts Co., Ltd. | 深圳新思创工艺品有限公司 | Redacted | Redacted |
| artservices | Yiwu Kingsing Art & Crafts Co., Ltd. | 义乌景升工艺品有限公司 | Redacted | Redacted |
| cnarthomedeco | Hangzhou Home Deco Arts & Crafts Co., Ltd. | 杭州豪美工艺品有限公司/杭州美卡数码科技有限公司 | Redacted | Redacted |
| xmmeiyite | Xiamen Mei Yi Te Imports & Exports Trading Co., Ltd. | 厦门美艺特进出口贸易有限公司 | Redacted | Redacted |
| ywdecorart | Yiwu Decor Art Co., Limited | 义乌大珂工艺品有限公司 | Redacted | Redacted |
| szfineart | Shenzhen Fine Art Co., Ltd. | 深圳市芬雅特艺术品有限公司 | Redacted | Redacted |
| cnartyh | Nanan Yihui Painting & Arts Fty Co., Ltd. | 南安市亿辉油画工艺有限公司(南安市水头艺辉油画展售中心(南安市水头新时代画廊)转让) | Redacted | Redacted |