LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Jason Earley (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice* )
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIBABA.COM, INC., et al.,<br><br>Defendants. | Case No. 5:17-cv-05672-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>**Judge:** Hon. Beth Labson Freeman<br><br>**Trial Date:** October 4, 2021 |

1
**JOINT STIPULATION** - CASE NO. 5:17-cv-05672-BLF

1  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for all the parties having appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims against Alibaba.com Hong Kong Ltd., Taobao China Holding Ltd., and Zhejiang Taobao Network Co., Ltd. are hereby dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

Dated:  Birmingham, Alabama

March 20, 2020

**IT IS SO STIPULATED.**

Respectfully submitted,
HARE WYNN NEWELL & NEWTON, LLP

By: _____/s/ Jason Earley_____

SCOTT A. POWELL (admitted *pro hac vice*)
scott@hwnn.com
BRUCE J. MCKEE (admitted *pro hac vice*)
bruce@hwnn.com
JASON W. EARLEY (admitted *pro hac vice*)
jason@hwnn.com
CHRISTOPHER S. RANDOLPH, JR. (admitted *pro hac vice*)
chris@hwnn.com
TEMPE D. SMITH (admitted *pro hac vice*)
tempe@hwnn.com
HARE WYNN NEWELL AND NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203
Telephone: (205) 308-1331
Facsimile: (205) 324-2165


WALKUP, MELODIA, KELLY & SCHOENBERGER
MICHAEL A. KELLY (Bar No. 71460)
mkelly@walkuplawoffice.com
DORIS CHENG (Bar No. 197731)
dcheng@walkuplawoffice.com
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965

| | |
|---|---|
| 1 | DAVID G. HYMER (admitted *pro hac vice*) |
| | dhymer@bradley.com |
| 2 | LINDA A. FRIEDMAN (admitted *pro hac vice*) |
| | lfriedman@bradley.com |
| 3 | MICHAEL R. PENNINGTON (admitted *pro hac vice*) |
| | mpennington@bradley.com |
| 4 | ELLEN P. PROCTOR (admitted *pro hac vice*) |
| | eproctor@bradley.com |
| 5 | BRADLEY ARANT BOULT CUMMINGS LLP |
| | One Federal Place |
| 6 | 1819 Fifth Avenue North |
| | Birmingham, AL 35203 |
| 7 | Telephone: (205) 521-8000 |
| | Facsimile: (205) 821-8800 |

*Attorneys for Plaintiff*
*Michel Keck*

Dated:  March 20, 2020              Respectfully submitted,
                                    WEIL, GOTSHAL & MANGES LLP

                              By:  _____/s/ Jared R. Friedmann_____

                                    DAVID R. SINGH (Bar No. 300840)
                                    david.singh@weil.com
                                    WEIL, GOTSHAL & MANGES LLP
                                    201 Redwood Shores Parkway, 6th Floor
                                    Redwood Shores, CA  94065
                                    Telephone:  (650) 802-3000
                                    Facsimile:  (650) 802-3100
                                    JARED R. FRIEDMANN (pro hac vice)
                                    jared.friedmann@weil.com
                                    JONATHAN BLOOM (pro hac vice)
                                    Jonathan.bloom@weil.com
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, NY 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

*Attorneys for Defendants Alibaba.com Hong Kong Limited, Taobao China Holding Limited, and Zhejiang Taobao Network Co., Ltd.*

**ATTESTATION REGARDING SIGNATURES**

I, Jason W. Earley, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 20, 2020                    By:    /s/ Jason W. Earley