UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHEL KECK,<br><br>    Plaintiff,<br><br>v.<br><br>ALIBABA.COM HONG KONG LTD., et al.,<br><br>    Defendants. | Case No. 17-cv-05672-BLF<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL AT ECF 317; REQUESTING NOTICE OF DISMISSAL OR STATUS REPORT AS TO ALL UNSERVED DEFENDANTS NO LATER THAN MARCH 30, 2020** |

On March 20, 2020, the parties who have appeared in this action filed a stipulation, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss all claims with prejudice against Alibaba.com Hong Kong Ltd., Taobao China Holding Ltd., and Zhejiang Taobao Network Co., Ltd., with all parties bearing their own costs and attorneys' fees. ECF 317. The Court hereby GRANTS the stipulation and DISMISSES all claims against Alibaba.com Hong Kong Ltd., Taobao China Holding Ltd., and Zhejiang Taobao Network Co., Ltd. WITH PREJUDICE.

The Court further ORDERS Plaintiff to file a notice of dismissal or a status report as to all unserved Defendants no later than **March 30, 2020**.

**IT IS SO ORDERED.**

Dated: March 23, 2020

BETH LABSON FREEMAN
United States District Judge