LAW OFFICES OF

WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

Michael A. Kelly (State Bar #71460)
Doris Cheng (State Bar #197731)

Scott A. Powell (*pro hac vice*)
Bruce J. McKee (*pro hac vice*)
Jason Earley (*pro hac vice*)
Christopher S. Randolph, Jr. (*pro hac vice*)
Tempe D. Smith (*pro hac vice* )
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, 8th Floor
Birmingham, AL 35203

David G. Hymer (*pro hac vice*)
Linda A. Friedman (*pro hac vice*)
Michael R. Pennington (*pro hac vice*)
Ellen S. Presley (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

**ATTORNEYS FOR PLAINTIFF
MICHEL KECK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL KECK, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALIBABA.COM, INC., et al.,<br><br>                    Defendants. | Case No. 5:17-cv-05672-BLF<br><br>**NOTICE OF DISMISSAL OF ALL REMAINING DEFENDANTS**<br><br>**Judge:   Hon. Beth Labson Freeman**<br><br>**Trial Date:** October 4, 2021 |

1

1    Plaintiff Michel Keck, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

2  Procedure, hereby dismisses, without prejudice, all claims against all remaining defendants in this

3  action, none of whom have served an answer or a motion for summary judgment.

4    The defendants being dismissed under this Notice of Dismissal are

5  Art Village 2016

6  Artgow Official Store

7  Artryst Store

8  ArtsStory of Accessories

9  Best Art paintings Store

10  CFART Store

11  CHENFART

12  China Furniture Accessories Store

13  Da Fen Oil Painting Store

14  DD ART oil Painting Workshop

15  DIY-Market-Xuan

16  Ha's World Wall Painting

17  Hand painted oil painting666 Store

18  Handpainted oil painting

19  Hangzhou Home Deco Arts & Crafts Co., Ltd.

20  Happy Family Paintings

21  HASYOU

22  Houseware Depot

23  Idea Art & Paintings Factory

24  KINGSTONEART

25  Maiyaca phone accessories Store

26  Modern Art Co., Ltd.

27  Moon Oil Painting Art Co., Ltd.

28

**NOTICE OF DISMISSAL** - CASE NO. 5:17-cv-05672-BLF

1   ShenZhen DXD Co., Ltd.

2   Shenzhen Fine Art Co. Ltd.

3   Shenzhen Shangmei Painting Craft Co., Ltd.

4   Shenzhen Xinsichuang Arts & Crafts Co., Ltd.

5   Shop1872602 Store a/k/a Candy Home Garden Store a/k/a CandyGuoDou Store

6   Tan Art

7   TOPERFECTART

8   VANQUISH Store

9   Xiamen Colourful Art & Craft Co.,ltd

10   Xiamen Dearchic Arts And Crafts Co., Ltd.

11   Xiamen Englant Trading Co. Ltd.

12   Xiamen Mei Yi Te Imports & Exports Trading Co., Ltd.

13   Xiamen Noah Art&Craft Co. Ltd.

14   Yiwu Decor Art Co., Ltd.

15   Yw-Art

16   Dafen Oushi Oil Painting

17   DPARTISAN Store

18   Folash painting art Store

19   Gen Di Micro spray art

20   Ha's World Painting

21   HomeLivingWallArt Store

22   Mei Mei

23   Nan'an Yihui Painting & Arts Fty Co., Ltd.

24   Ou Li Da Oil Painting Art

25   Tonny's Store Store

26   Wenddy's Store

27   Xia Men Beautiful Art Oil Painting

28

1  Xia Men MYT Oil Painting

2  YD Oil Painting a/k/a Yuan Dian Handpainted Painting Store, Yuan Dian Painting Art

3  Yiwu KingSing Art & Crafts Co., Ltd.

4  YW-meixiang Store

5  YW-MX-Store

6  [oLo Art Gallery] Wholesale Retail Oil Paintings

7  Ali-Stars textile Store f/k/a CNLX factory Co., Ltd.

8  AtFipan Art Decors Store f/k/a/ Modern Art Co., Ltd

9  Bo Bo Art

10  China Arts Painting Ltd.

11  CSB HO ME GAR D ON Store

12  D-I-Y painting Factory Store

13  Dream World 1989

14  FineArt Store

15  Handpainted oil painting666 Store a/k/a Shop2342274 Store

16  Mai painting flagship store

17  Modern House Decoration Painting

18  MOONCRESIN Official Store f/k/a MOONCRESIN Factory Store

19  My House Painting Store, f/k/a Love Painting Store Co., Ltd.

20  NanYan Art Painting, a/k/a NanYa Electronic Commerce Co., Ltd. a/k/a Framed

21      Painting Store

22  OSM Oil Painting Store

23  Racheal Arts Store a/k/a RACHAEL ZHU'S STORE

24  Rachel Greens Store

25  Roy Fit Trading Co., Ltd.

26  Seventh Sense Store

27  Shenzhen No. 1 Technology Co. Ltd.

28

**NOTICE OF DISMISSAL** - CASE NO. 5:17-cv-05672-BLF

1   Shop1710687 Store f/k/a Home-Decor Market

2   Wholasele oil oaitning shop Store

3   Yiwu Art paingting Store

4   Yiwu Honour Decor

5

6

7   Dated:  March 30, 2020                          Respectfully submitted,
                                                    HARE WYNN NEWELL & NEWTON, LLP

8                                               By: */s/ Jason Earley*_____

9

10                                                  *One of the attorneys for Plaintiff Michel Keck*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28